Fill in this information to identify the case:

Debtor name: **Battle Creek Realty, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Adventure Homes<br>PO BOX 330<br>1119 Fuller Drive<br>Garrett, IN 46738 | | Business debt | | | | $1,966.09 |
| Atlantis Capital LLC<br>23540 Reynolds Court<br>Clinton Township, MI 48036 | | Business debt | | | | $16,200.00 |
| City of Battle Creek<br>PO Box 235<br>Battle Creek, MI 49016-0239 | | | | $2,472.18 | $0.00 | $2,472.18 |
| City of St. Johns<br>100 E. State St. Suite 100<br>PO Box 477<br>Saint Johns, MI 48879 | | | | $68,416.11 | $0.00 | $68,416.11 |
| City of St. Johns water and sewer<br>100 E. State St. Suite 100<br>PO box 477<br>Saint Johns, MI 48879 | | | | $4,343.02 | $0.00 | $4,343.02 |
| Denmark Management Company<br>23540 Reynolds Ct.<br>Clinton Township, MI 48036 | | Business debt | | | | $21,898.01 |
| Denmark Services, LLC<br>23540 Reynolds Court<br>Clinton Township, MI 48036 | | Business debt | | | | $27,440.59 |

Debtor **Battle Creek Realty, LLC**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Emmett Township Treasurer** 315 West Glen Street Royal Oak, MI 48068 | | | | $152,994.79 | $0.00 | $152,994.79 |
| **Hanson/Renaissance Court Reporters** 400 Renaissance Center Suite 2160 Detroit, MI 48243 | | **Legal services** | | | | $1,328.91 |
| **Internal Revenue Service Centralized Insolvency Operation** P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | $1,950.00 | $0.00 | $1,950.00 |
| **Jaffe Raitt Heuer & Weiss, P.C.** 2777 Franklin Road, Suite 2500 Southfield, MI 48086 | | **Legal Services** | | | | $732,784.51 |
| **Krueger Companies LLC** 23540 Reynolds Court Coldwater, MI 49036 | | **Business debt** | | | | $9,458.41 |
| **Park Capital Investments, LLC** c/o Gregg Williams, R.A. 2280 E West Maple Road Walled Lake, MI 48390 | | | **Contingent Unliquidated Disputed** | $3,714,313.50 | $0.00 | $3,714,313.50 |
| **PC Acquisition, LLC** 23540 Reynolds Court Clinton Township, MI 48036 | | **Business debt** | | | | $604,362.75 |
| **PCI Calhoun/Clinton, LLC** Attn.: Gregg Williams, R.A. 2280 E. West Maple Road Walled Lake, MI 48390 | | | **Contingent Unliquidated Disputed** | $3,714,313.50 | $0.00 | $3,714,313.50 |

| Debtor | **Battle Creek Realty, LLC** | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PCI Elms, LLC** **Attn.: Gregg Williams, R.A.** **2280 E. West Maple Road** **Walled Lake, MI 48390** | | | **Contingent Unliquidated Disputed** | **$3,714,313.50** | **$0.00** | **$3,714,313.50** |
| **PCI Macomb, LLC** **Attn.: Gregg Williams, R.A.** **2280 E. West Maple Road** **Walled Lake, MI 48390** | | | **Contingent Unliquidated Disputed** | **$3,714,313.50** | **$0.00** | **$3,714,313.50** |
| **PCI West Michigan, LLC** **Attn.: Gregg Williams, R.A.** **2280 E. West Maple Road** **Walled Lake, MI 48390** | | | **Contingent Unliquidated Disputed** | **$3,714,313.50** | **$0.00** | **$3,714,313.50** |
| **Progressive Capital Partners, LLC** **23540 Reynolds Court** **Clinton Township, MI 48036** | | **Business debt** | | | | $5,049.62 |
| **Swistak & Levine, P.C.** **30833 Northwestern Highway** **Suite 120** **Farmington, MI 48334** | | **Legal services** | | | | $12,299.24 |